IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LUKE CORNFORTH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-17-1297-D |
| STATE OF OKLAHOMA, *et al.*, | ) |
| Defendants. | ) |

# **J U D G M E N T**

Pursuant to the Order issued this date, the action is dismissed without prejudice to refiling.

Entered this 8th day of December, 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE